UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID D. WRIGHT, | Case No.: 12-mc-80189-EJD (PSG) |
| Plaintiff, | **ORDER SETTING HEARING FOR MOTION FOR RECONSIDERATION AND MOTION FOR CIVIL CONTEMPT** |
| v. | |
| SUNHAM HOME FASHIONS, LLC, | |
| Defendant. | **(Re: Docket Nos. 20, 25)** |

On October 26, 2012, E&E Co., Ltd., JLA Home, a division of E&E Co., Ltd, and JLA Home Fabrics, Inc. (collectively "E&E Entities") moved for reconsideration of an order this court issued on October 10, 2012 that required the E&E Entities to produce twenty-two boxes of responsive documents by October 23, 2012 to Sunham Home Fashions, LLC's ("Sunham"), so long as Sunham paid for them. Sunham moved the same day for civil contempt against the E&E Entities for their failure to comply with the court's order.

Because the court cannot decipher from the parties' papers exactly what happened to the twenty-two boxes it ordered produced, and notably which party's counsel may or may not possess the boxes, the parties' local attorneys shall appear to explain the situation. In light of the confusion

1

Case No.: 12-mc-80189-EJD (PSG)
ORDER

that appears to have occurred already because of the absence of the parties' New York counsel in this dispute, they shall appear as well.  Accordingly,

IT IS HEREBY ORDERED that the parties' local counsel in the Northern District of California shall appear for a hearing at 10:30 a.m. on Wednesday, November 14, 2012.

IT IS FURTHER ORDERED that the parties' New York counsel, specifically Joan H. Hillenbrand and Gilbert H. Lazarus, also shall appear at the hearing.  These counsel may, if they wish, appear by telephone.  The parties shall consult CourtCall to arrange their appearances.

**IT IS SO ORDERED.**

Dated: November _6_, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No.: 12-mc-80189-EJD (PSG)
ORDER